Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff, MONZER ERAKAT

[Attorneys for Defendant on Next Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONZER ERAKAT, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>THE INTERCEPT MEDIA, INC., a Delaware corporation,<br><br>Defendants. | Case No: 2:26-cv-02508-TLN-CSK<br><br>Hon. Troy L. Nunley<br><br>**JOINT NOTICE OF SETTLEMENT** |

Edward J. McAndrew (pro hac vice forthcoming)
**BAKER & HOSTETLER LLP**
1735 Market Street Suite 3300
Philadelphia, PA 19103-7501
Email: emcandrew@bakerlaw.com
Telephone: (215) 564-8386

Sean P. Killeen
**BAKER & HOSTETLER LLP**
600 Montgomery St, Ste 3100
San Francisco, CA 94111-2806
Email: skilleen@bakerlaw.com
Telephone: (415) 659-2623

Attorneys for Defendant,
THE INTERCEPT MEDIA, INC., a Delaware corporation

Plaintiff MONZER ERAKAT ("Plaintiff") and Defendant THE INTERCEPT MEDIA, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby give the Court notice that the Parties have settled this matter.

Pursuant to the Court's Order dated August 28, 2026 (ECF No. 10), the Parties will file a Stipulation for Dismissal of the action, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, within twenty-one days of this Notice.

Dated: September 14, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

**BAKER & HOSTETLER**

By: /s/ *Sean P. Killeen*
(As authorized on September 14, 2026)
Sean P. Killeen
600 Montgomery St, Ste 3100
San Francisco, CA 94111-2806
Telephone: (415) 659-2623
Email: skilleen@bakerlaw.com

Attorneys for Defendant

/ / /

/ / /

Edward J. McAndrew
**BAKER & HOSTETLER LLP**
1735 Market Street Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 564-8386
Email: emcandrew@bakerlaw.com

Attorneys for Defendant